## Griggs cont<sup>a</sup> Chock

## Griggs cont<sup>a</sup> Chock

William Griggs plaint. cont<sup>a</sup> Peter Chock Defend<sup>t</sup> in an action of the case for that the s<sup>d</sup> Peter Chock hath forfit<sup>d</sup> his bond for the Summe of one hundred pounds in money, w<sup>ch</sup> said bond was made by the Exchange of money whereby hee the s<sup>d</sup> Chock was bound to stand to agree with and fulfill an award given under the hands and Seales of Iabez Salter Edward Lilley and Nathanael Barnes upon [ 594 ] The 16th of April last past and w<sup>ch</sup> s<sup>d</sup> Award the s<sup>d</sup> Chock hath not fulfilled as shalbee made appear which hath been much to the plaint<sup>s</sup> damage with other due damages &c<sup>a</sup>. . . . The Iury . . . found for the Defend<sup>t</sup> costs of Court: The plaint. appealed from this Iudgem<sup>t</sup> unto the next Court of Assistants and put in security for prosecution thereof to effect.

[The award in question appears to have been the following (S. F. 1800.4):

Whereas Peter Chock and William Griggs have drawn up Articles of Agreement bearing date the .8th of Ian<sup>r</sup> last past as by them the s<sup>d</sup> Articles may appear, and whereas differences have arisen by and between them the s<sup>d</sup> Chock and Griggs in and about the fulfilling of the s<sup>d</sup> Articles, and whereas this .16th of April. 1679. the s<sup>d</sup> Chock and Griggs have by the Exchange of a Shilling interchangeably each with other bound themselves under the penalty of One hundred pounds in money each to other to stand to the Award and Arbitration of Jabez Salter Edward Lilley & Nathaniel Barnes and to agree with and fulfill the said Award being given under their hands and Seales:

Wee therefore the Arbitrato<sup>rs</sup> and Umpire do award & Arbitrate as followeth. That W<sup>m</sup> Griggs shall forthwith go with Marshall Webb, and shall exonerate & discharge all goods person mony debts or Estate whatsoever which the s<sup>d</sup> Griggs hath already Seized or Attached as Peter Chocks goods person mony debts or Estate And that the s<sup>d</sup> Peter Chock shall do the same in the behalfe of the goods Estate or person of W<sup>m</sup> Griggs, and that Peter Chock shall assigne make over and confirme unto W<sup>m</sup> Griggs all and every part of that debt or debts whatsoever w<sup>ch</sup> m<sup>r</sup> Humphry Davie doth owe or is indebted unto the s<sup>d</sup> Peter Chock and shall fully exonerate and acquit the s<sup>d</sup> m<sup>r</sup> Davie of the same And that W<sup>m</sup> Griggs shall deliver forthwith unto Peter Chock the one halfe and no more of all Empty Caske which have been emptyed upon Racking cureing or fining of wines whatsoever and also one halfe of all Lees & wines thereon w<sup>t</sup>soeu<sup>r</sup> w<sup>ch</sup> have been left of all wines racked cured or fined between them both. And also that Peter Chock shall pay in money unto W<sup>m</sup> Griggs Five and Fifty Shillings in money assoon as the former part of this Award is fulfilled and also that W<sup>m</sup> Griggs shall pay two thirds of the charge of the house and Peter Chock one third thereof And that Peter Chock and W<sup>m</sup> Griggs shall fully and absolutly exonerate a'cquit and discharge each other their heires Exec<sup>rs</sup> Adm<sup>rs</sup> & Assignes of and from all Actions and causes of Action debt debts Summe and Summes of money Accompts Articles of Agreem<sup>t</sup> whatsoever especially those Articles bearing date the .8th of Ian<sup>r</sup> last past w<sup>t</sup> soeu<sup>r</sup> from the begining of the world to this day and shall Seale and deliver the same each to other. And that this Award and every part thereof bee fully compleate and finished on or before the four and twentieth day of this month. Witness our hands and Seales this. 16th April. 1679.

Jabez Salter a Seale<br>Edward Lillie a Seale<br>Nat: Barnes a Seale

Owne<sup>d</sup> in Court by Edw<sup>d</sup> Lillie and Nath: Barnes. 30th July. 1679. to bee their Award, and Chock acknowledged themselves so bound as above is expres't

J: Addington Cler.

Vera Copia . . . Js<sup>a</sup> Addington Cler.

There are a number of depositions on file, all to the same tenor as the following (S. F. 1800.15):

The Deposition of Nathaniel Peirse aged .28. yeares or thereabout testifieth. that I this deponent sometime in the latter part of April last being at the house of Nathaniel Barnes there being present William Griggs and Peter Chock and

there s^d William Griggs did desire me to take notice that hee did tender and would deliver unto Chock his part of Lees and empty Caske which was I understood for the fulfilling of an Award of Arbitration between them, but Chock refused Saying there was not his whole part; but William Griggs told him s^d Chock that his part was set aside for him and that none of it was diminished, and that hee could if need take his Oath to it whereat Peter Chock seemed to bee prittey well Satisfied and further Saith not. Sworn in Court .30. July. 1679.

Vera Copia Attest^r Js^a Addington Cler

Griggs issued a Reasons of Appeal (S. F. 1800.5) and Chock an Answer (S. F. 1800.6), of which the following paragraph is the only one that is comprehensible to the editor:

And J humbly Conceue as y^r honor^s will finde y^t Jt had been more Just for me y^e defend^t to haue prosecuted griggs: for detaining from & nott deleue[rin]g to me my Empty Cask & Leas of wine or wine tharon y^t is fuley Expressed Jn ye Award he shuld dwo & speeds Testemoney cleare y^t J demanded butt when J came J culd have none wethout J vld take about 10 gall for about a pipe full y^t was betwext vs being y^e produce of about 40 pipes wine orderd & racked for m^r daue besides y^e quantey of royall y^t J had of malego wine & Leas of m^r peter Sargent y^t griges still keepeth from me & has sence sould part of, y^t has bin much to y^r Defend^s wrong & damedg Jn detayning y^t from him y^t Jn his way he mite haue Advanced upon, which to Avoide Contenshon yo^ur defend^t did for bare suing for And yett am willing to sett all things torites betwene o^rselfes he paying for ye vnnesesary Cost trubell & Charge he has put me two J desire y^e honoer^d Excuse for Jnlarging apon this point. . . .

The Court of Assistants (Records, i. 140) confirmed the former judgment and assessed 20s 6d costs on Griggs.]